UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

| | |
|---|---|
| LESLEIGH BURCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: |
| vs ) | |
| ) | |
| NEW YORK LIFE INSURANCE ) | |
| COMPANY and ) | |
| AMERICAN NURSING CARE LONG ) | |
| TERM DISABILITY PLAN ) | |
| ) | |
| Defendants. ) | |

**COMPLAINT FOR REVIEW OF FINAL DECISION DENYING DISABILITY INSURANCE BENEFITS TO PLAINTIFF**

Comes now the Plaintiff, Lesleigh Burch, by counsel, Melissa A. Davidson, and for her complaint for Damages against Defendants New York Life Insurance Company "(New York Life") and American Nursing Care Long Term Disability Plan ("the plan") states as follows:

**I. Parties and Jurisdiction**

1. That Plaintiff is a citizen of the State of Indiana residing in Union County.

2. That Plaintiff was an employee of American Nursing Care, Inc. where in her capacity as Licensed Practical Nurse, she was a participant in the company sponsored welfare benefit plan "the Plan."

3. That Defendant, New York Life, is an insurance company doing business in the State of Indiana.

4. New York Life issued the disability policy to the Plan that promises to pay disability benefits to employees if they are unable to work due to injury or illness.

5. New York Life is a fiduciary of the Plan.

6. New York Life processed and denied Plaintiff's disability claim.

7. New York Life is both the claims adjudicator and payer of this claim.

8. New York Life benefits financially from denying Plaintiff's claim.

9. New York Life has a conflict of interest in this claim.

10. That this court has jurisdiction pursuant to the Employee Retirement Income Security Act 29 USCA 1132(e)(1).

## II. Factual Allegations

11. That Plaintiff became disabled and was forced to stop working November 28, 2018.

12. That Plaintiff applied for long-term disability benefits and after a period of payments, was denied ongoing benefits under the aforementioned insurance policy on or about May 27, 2021.

13. That Plaintiff administratively appealed this denial, as she suffers from numerous medical impairments that qualify her for continuing benefits under the terms of the Plan.

14. That Defendants again denied her disability benefits and wrongfully withheld monies rightfully due Plaintiff as a disabled insured participant under the policy and the Plan.

15. Defendants' decision denying her disability benefits should be reviewed under the *de novo* standard of review because the plan does not grant discretionary authority to New York Life to decide the claims.

16. That as a result of Defendants' conduct, Plaintiff has been denied benefits rightfully due her under the Plan and has incurred Attorney fees in order to rectify the harm done to her.

WHEREFORE, Plaintiff herein, by counsel, respectfully prays for judgment against the Defendants, with interest, in an amount commensurate with her past due benefits, interest, reinstatement of her benefits, for Attorney fee reimbursement, and for all other just and proper relief in the premises.

Respectfully submitted,

 */s/ Melissa A. Davidson*_____
Melissa A. Davidson
HANKEY LAW OFFICE
429 E. Vermont Street, #200
Indianapolis, IN  46202
(317) 634-8565 - Phone
(317) 634-9818 - Fax
mdavidson@hankeylaw.com